James EricLOFTEN

DEC17,2014

2101 FM369 N
IIO WA PARK,TX76367

COMPLAINT
TO THE JUDGES OF THE COURT:
COMES LOFTEN FILES SAID,ATTACHED STATE BAR GRIEVANCE ON THESTATE BAR,IN VIOLATION OF 42U.S.C.§§1981-1982,1985(2)(3),1986,IN VIOLATION OF MY RIGHTS,in conspiracy,with the state of texas,through pfficer under color of state law,through liberty county judiciary,through liberty county prosecutor,joe warren,logan pickett,m.poston,through liberty police officers,in conspiracy with my trial attorneys,who have deprive of my liberty,property,money,denied a fair trial in cr 29858 ii/19-21,2013,by m.morefield,loften was out of the state oftexas, when city of liberty police ordered set stage a cotrol buy/purchase of crack cocaine at 2412 grand ave liberty,tx,stating a ci got drugs from me,judge cain,signed warrants at 8:30pm april 18,2012,as probable cause,these warrants hid from april 18,2012 up to may06,2014 i,loften was not in the state of texas,and at BOYD Racing,L.L.C. AT THE CASINO IN VINTON,LA,SINCE 7PM ON APRIL 18,2012,AND COULD NOT BEEN IN LIBERTY,TX AS THE POLICE FABRICATE,

THE STATE Bar attorney's,entered the conspiracy,by dismissing my complaints(8)of them,just as my attorneys refused to get that evidence the video camera footage for april 18,2012,through april19,2012,the valet parking,with footage of each game play on from 7pm up to 5am, with record of the$2,000 and change won on many games april 18,2012 7pm up to 5am the next day april19,2012,proof loften was at the casino april 18,2012 7pm up to april 19,2012.

the state bar K.W.Morgan entered the conspircy to conceal what the liberty county judiciary dpodone,deprive of fair trial,they refuse to cite each texas attorney,as part of the conspiracy,refuse to request the video camera footage from:Boyd Racing,L.L.C.DELTADownsRacetrack & CASINO 2717 highway3063 VINTON,LA 70668.

THE ABOVE COMPLAINT ON STATE BAR OF TEXAS is true and correct under penalty of perjury,28u.s.c 1746,attached to grievance
james

date ;dec 17,2014

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk

## I.   GENERAL INFORMATION

**Before you fill out this paperwork, there may be a faster way to resolve the issue you are currently having with an attorney.**

If you are considering filing a grievance against a Texas attorney for any of the following reasons:

~   You believe your attorney is neglecting your case.
~   Your attorney does not return phone calls or keep you informed about the status of your case.
~   You have fired your attorney but are having problems getting your file back from the attorney.

**You may want to consider contacting the Client-Attorney Assistance Program (CAAP) at 1-800-932-1900.**

CAAP was established by the State Bar of Texas to help people resolve these kinds of issues with attorneys quickly, without the filing of a formal grievance.

CAAP can resolve many problems without a grievance being filed by providing information, by suggesting various self-help options for dealing with the situation, or by contacting the attorney either by telephone or letter.

I have _____ I have not _____ contacted the Client-Attorney Assistance Program.

NOTE: Please be sure to fill out each section completely. Do not leave any section blank. If you do not know the answer to any question, write "I don't know."

## II.   INFORMATION ABOUT YOU -- PLEASE KEEP CURRENT

1.   TDCJ/SID # **1897611**          ☐ Mr.   **James Eric Loften**
     Immigration # _____     ☐ Ms.   Name: _____

     Address:   **21.01 fm 369 n**

     City: **Iowa PARK**     State: **TX**     Zip Code: **76367**

2. Employer: J.E.L.AUTOSALES,L.L.C.

   Employer's Address: 208 JOHNSON,AMES,TX 77575

3. Telephone number: Residence _____ . Work: 936-641-2468
   Other: _____

4. Drivers License # 14110177     Date of Birth 10/23/70

5. Name, address, and telephone number of person who can always reach you.

   Name MARY LOFTEN     Address 502 GARRETT

   LIBERTY,TX 77575     Telephone 936-336-7365

6. Do you understand and write in the English language? YES
   If no, what is your primary language? N/A
   Who helped you prepare this form? SELF
   Will they be available to translate future correspondence during this process? _____

7. Are you a Judge? NO
   If yes, please provide Court, County, City, State: _____

III. INFORMATION ABOUT ATTORNEY

Note: Grievances are not accepted against law firms. You must specifically name the attorney against whom you are complaining. A separate grievance form must be completed for each attorney against whom you are complaining.

1. Attorney name: K.W.MORGAN     Address: P.O.BOX13287

   City: AUSTIN     State: TX     Zip Code: 78711

2. Telephone number: Work _____ Home _____ Other 512/427/4169

3. Have you or a member of your family filed a grievance about this attorney previously?
   Yes ___ No X ___ If "yes", please state its approximate date and outcome. _____

0711

Have you or a member of your family ever filed an appeal with the Board of Disciplinary Appeals about this attorney?

Yes _____ No _____ If "yes," please state its approximate date and outcome.

_____

4. Please check one of the following:
   _____ This attorney was **hired** to represent me.
   __XX_____ This attorney was **appointed** to represent me. _____
   _____ This attorney was hired to represent **someone else**.

   Please give the date the attorney was hired or appointed. NOV-DEC 2014

   Please state what the attorney was hired or appointed to do. Discipline license attorneys prosecutors,for initiating a criminal prosecution without probable cause,fabricating police reports,by actual malice,getting state witnesses to false statements,swearing,using fictitious informant, hiding the false arrest warrants,setting trial off 19 monthscr29858

5. What was your fee arrangement with the attorney? none

   _____

   How much did you pay the attorney? none

   If you signed a contract and have a copy, please attach.
   If you have copies of checks and/or receipts, please attach.
   **Do not send originals.**

6. If you did not hire the attorney, what is your connection with the attorney? Explain briefly.
   filed 7 state bar grievances #201406559,2014065660,201406563, 201406561,201406562,201407136,201407135,each denied within 25 days because i am black 42 u.s.c.1981-1982,1985(2)(3) 1986

7. Are you currently represented by an attorney? EACH Jed SILVERMAN,K.Kirkwood,a.Saenz
   If yes, please provide information about your current attorney: _____

   _____

8. Do you claim the attorney has an impairment, such as depression or a substance use disorder? If yes, please provide specifics (your **personal** observations of the attorney

such as slurred speech, odor of alcohol, ingestion of alcohol or drugs in your presence etc., including the date you observed this, the time of day, and location).

_N/A_

9. Did the attorney ever make any statements or admissions to you or in your presence that would indicate that the attorney may be experiencing an impairment, such as depression or a substance use disorder? If so, please provide details.

_N/A_

IV. INFORMATION ABOUT YOUR GRIEVANCE

1. Where did the activity you are complaining about occur?

County: _Austin_          City: _Tx_

2. If your grievance is about a lawsuit, answer the following, if known:

   a. Name of court _Liberty District Court/9th court of appeals_

   b. Title of the suit _loftenv.state of texas-loften v.Joe Warren et al_

   c. Case number and date suit was filed _29858-APRil 18,2012_

   d. If you are not a party to this suit, what is your connection with it? Explain briefly.

   If you have <u>copies</u> of court documents, please attach.

3. Explain in detail why you think this attorney has done something improper or has failed to do something which should have been done. Attach additional sheets of paper if necessary.

   If you have <u>copies</u> of letters or other documents you believe are relevant to your grievance, please attach. <u>Do not send originals</u>.

   Include the names, addresses, and telephone number of all persons who know something about your grievance.

0711                                                                                     4

Also, please be advised that a copy of your grievance will be forwarded to the attorney named in your grievance. i filed 7 different attorney grievances to the State bar of Texas in nov and Dec 2014,because i am BLACK, IN VIOLATION OF MY 14TH AMENDMENT ,UNDER COLOR of state law,within 25 days dismissed 7,state attorney grievances,on each:Jed R.Silverman, Joe Warren,Justin T.Surginer,J.J.KlevenhagenIII,K.D.Kirkwood, S.c.Taylor,A.N.Saenz, on APRIL18,2012 at 8:30pm,the liberty county court judiciary,got 3 white liberty police officer,E.TAYLOR,B.MILLER P.FAIRCHILD,to stage a control buy of crack cocaine,stating a(ci) gave me$40 mark bills,they presented that fabricated affidavit to judge cain,at 8:30pm april 18,2012,these warrants was hid from me for over 19 months.but since 7pm on april 18,2012i been at boyd Racing,L.L.C. dba Delta Downs Racetrack &Casino2717 Highway 3063Vinton,LA,AND WON$ 2,000 ANDCHANGE FROM 7pm up to 5am now on april 19,2012,my half brother working with the liberty police,called while at the casino,stating my dad had to be taken to the doctor, that is why i came back to texas on april 19,2012 am,E.TAYLOR,setting in Matthew Poston attorney yard,across from my father doctor office on april19,2012,i drop my dad off,after signing him in,then leave to go get my brother up at 2412 grand,then come back to dr.dark office,get my dad,take him to a friend house,i notice the same truck in M.Poston yard,come behind me onTENN.ST. AND Aford truck in front, i get a call from my brother son,he oled me $40 dollars,state he was at my brother house,where i had to take my father,after i take my brother son to his st.me and my father come to ames,tx,E.Taylor 2- 3 cars ahead of me,both R.Aguilar and J.M.EWING already inside ames,tx they get behind another car to get behind me,stop me and my father, held on the road over 35-40 min.refuse to let me leave,now two more liberty police show up,B.Miller and Phillip Fairchild,all out side their jursidiction,i am searched in ames,tx,the truck,my father the truck is towed back to 2412 grand ave,liberty,my $6,000 taken in ames,by b.miller and fairchild in another car,they steal the reciepts given to me by the casino on april 18,2012,valet ticket,$2,000 and change record,and the breakfast record,the evidence has been tamper with,chain of custody broken,my trial set off 19 months,they refused to give me the affidavit arrest warrants,because they

*Con't Pg 1 OF 4*

V. HOW DID YOU LEARN ABOUT THE STATE BAR OF TEXAS' ATTORNEY GRIEVANCE PROCESS?

|     |               |     |           |
| --- | ------------- | --- | --------- |
| __  | Yellow Pages  | __  | CAAP      |
| __  | Internet      | __  | Attorney  |
| __  | Other         | __  | Website   |

*Filed GRIEVANCE BACK IN 1993- 1995*

0711

cont from page5:

stole so much legal money at the stop in ames,tx april 19,2012,11am
i told jed silverman,to go to the Boyd Racing,L.L.C. IN VINTON,LA70668
TO GET THE video camera footage for april 18,2012 7pm,i valet parked
the black chevy tahoe,i remained at the casino playing differnt games
winning$ 2,000 and change,cashed out 5am on april 19,2012,then i went
ate,then checked the truck out of valet service,then came back to TEXAS.
Jed silverman,who where my attorney since 2011 in cr 29526,another
false case,

they gave case cr29858 on april 19,2012,bail denied april21,2012 per
jail staff,april23,2012 i tell cain,the police have not gave me the
warrants,he appoint kirkwood,matthew poston was an attorney at 253rd
that day,but 4/19/2012 Taylor in his yard.i tell kirk wood,i have an
attorney who is taking this case.i make bond in may 2012,in june 2012,at
docket call,now 75th court,arrested,they issue case 29232 of 4/11/2011,
then nov 2012 they arrest for cr 29857 and 29859,no bond,take me to 75th
joe warren tell kirkwood,get aletter of representation in cr 29857 and
29859,he would give me a bond.

the conspiracy was to convict on fabricated charges,denied a fair
trial,the state told each state witness to lie about the evidence,the
jury was stacked brent J.FOREMAN,DENIED BLACKS,THE record in cr 29858
changed.

Because i am black,infurtherance of the conspiracy,in violation
of 42 u.s.c.§§1981-1982,19859(2)(3) 1986,18 u.s.c§ 1961-1964,5th,9th,
and 14 amendment u.s.const. in violation of"TEXAS DISCIPLINARY RULES
OF PROFESSIONAL CONDUCT,RULES 8.01,8.02,8.03,8.04£A)(1)-(9)(12),8.05
The State Bar of Texas,failed,refuse to investigate,cite the Texas
attorneys and the prosecuting attorney's out of Liberty County,Texas
each:Logan Pickett#24056140,Joe Warren#00785182,Matthew Poston#24056157,
who is now a d.a.on april 19,2012,he was an attorney,he conspired with
Joe Warren,through the STATE OF TEXAS,jUdiciary,jUDGE CAIN AND JUDGE
MOREFIELD both 75th and 253rd district court of Liberty,Texas,to set
me up with false charges,to deprive of my legal money,and my liberty
see each cr 29526 of july 01,2011,cr 29858 of april 19,2012 due to
the fabricated affidavit for search and arrest warrant dated,signed at
8:30 pm on april 18,2012,1often out of state at said times,Jed Silverman
was my attorney since 2011,the state of texas knew they would lose the
case issued july 01,2011 cr29526,but the state of texas had been in a
ongoing conspiracy,since i been release from TDCJ-ID,APRIL 21,2006,BACK
from july 1991 in each 18,574,18,957,18,998,19,000,liberty county,and
each 57,365 and 58,049,by concealment,took my written signatures,then

10F4

placed my written signatures,copyed on each plea waviers in all my
convictions,so since 1991,the state of texas,been in a ongoing conspiracy
to kill me,before i discovered what they did in 1991 at both district
courts at beaumont,tx and liberty,tx,

   so when i was release in april 21,2006,with in 3 month,liberty county
issued a false case july 31,2007 joe warren has on the notice of
extraneous offensed  pursuant to 37.07c.c.p. and rule 404 andrule 609
TEX.RULE OF EVIDENCE FILED OCTOBER 28,2013 AT 4:30PM LIBERTY CLERK,BUT THE
date was JULY 31,2006 IN FALSE CASE 84122 INTERFERENCE WITH DUTIEE OF A
PUBLIC SERVANT,THEN HE HAS BOTH # 8,9 wrong cr29526 was issued july01,
2011,not april 11,2011,felon in possession of firearm is cr 29526,

   after i make bond in may 2012 for case cr 29858,arrested april 19,2012,
after i come back from out of state,at VINTON,LA.WHEN I GO BACK to
docket call for cr29526 in june2012,morefield have the bailiff
arrest me,they give case cr 29232,they claim they had since april 11,2011
delivery of controlled substance,that they used my half brother arthur
lee Loften to make,they held onto that for a year,and was planing to set
me up april 18,2012,but i left to go out of state,and was at the :
Boyd Racing,L.L.C.Delta DownsRacetrack& Casino,2717 Highway 3063 VINTON,
LA 70668 SINCE 7pm april 18,2012 upto april 19,2012 after5 am.

   THE state of texas was in a criminal-civil conspiracy with my 6 differnt
attorneys,each Jed Silverman#24013511,Justin Surginer#24063329,Rick
Oliver#24048179,the judge m.morefield appointed Alvin N.Saenz nov2013
to sabotage my appealno.cr-09-13-00543-cr,see wr-40,256-18,John J.
Klevenhagen,CraigK.Ribbeck-see cv-1205670,09-14-00435-cv; Keaton KIRKWOOD.

   I had my mother have a company fax 5 of the attorney grievances,out
of retaliation,the state bar spelled my name wrong in each#201406561,
201406563,201406559,201406562,out of conspiracy K.W.Morgan and R.URIBE,
DISCIPLINARY COUNSEL FOR THE STATE BAR DISMISSED,WITHIN 25 DAYS,

   ifiled 3 more attorney grievances,nov21,2014,within 18 days,out of
conspiracy,and because i am black,K.W.MORGAN AND S.M.BECKAGE,THE STATE
Bar of Texas dismissed each #201407134,201407136,201407135.

   Infurtherance of the conspiracy in violation of 42u.s.c.1981-1982,
1985(2)(3) 1986,18 u.s.c.§ 1961-1964,to deprive me of my$ 27,000 paid
to Jed SILVERMAN FOR each 29526,29858,29232;the $4,000 paid to K.Kirkwood
for cr 29857 and 29859,for over $9,000 paid for each bond in eachcr.
29526,29858,29232,29857 and 29859,july 2011,april2012 bond refuse,per
jail staff incr 29858,but made may2012,then june 2012 for cr29232,then
nov 2012 for each 29857 and 29859,for the over$6,450 stolen april19,2012
due to the fabricated affidavit for search and arrest warrant,and the
fabricated search and arrest warrant signed 4/18/2012 at 8:30pm

the state bar K.W.Morgan ,R.Uribe,S.M.Beckage does not demonstrate Professional misconduct.

on april 18,2012,the liberty police,state they set up a controlbbuy/purchase of cocaine at 2412 grand ave liberty,tx,that a informant,gave loften mark bills,that loften gave the informant crack cocaine,that the ci was followed to a predetermined location where the ci relinquished custody of white powder,the suspected cocaine was field tested and showed a positive response for cocaine.loften attached the warrants to each attorney grievance form.

THE affidavit for search and arrest warrant,and the search and arrest warrant,each dated april 18,2012,signed at 8:30pm by judgecain. the warrants was concealed hid,from april 18,2012 intil after may06,2014 three fabricated indictments returned,each cr29858 29857 and 29859,Jed SILVERMAN over 29858;mr.kirkwood over 29857 and 29859,both refused to give loften the affidavit for search and arrest warrant,date april 18,2012,signed at 8:30pm,for over 19 months,the trial was set off in cr 29858,loften recieved the fabricated warrants on may06,2014,by,the appeal attorney,saenz,who also,refuse to issue loften the warrants

before he filed the motion for new trial motion in cr 29858,heard on February03,2014,loften convicted november21,2013, loften told judge cain april 23,2012,the police,refuse to give me the affidavit,which come to find out judge cain,issued april 18,2012 at 8:30pm,he appointed kirkwood april23,2012,loften told kirkwood,i have an attorney,that will be taking cr 29858,but kirkwood refused to give me the affidavit on april 23,2012,jed silverman took over cr 29858 in april and may 2012, when loften stopped,seized,arrested april 19,2012,in ames,tx,over$ 6,000 taken in ames,tx

Loften ordered jed silverman,to go to the BOYD RACING,L.L.C. CSACASINO, IN VINTON,LA,GET THE video camera footage for april 18,2012 at 7pm, loften valet parked the black chevy tahoe,they gave me a ticket,but

loften won $2,000 and change at this casino starting in the 7pm hour on april 18,2012 up to april 19,2012 5am cashing the ticket out in 5am, when i got back to texas,the liberty police stole,the valet ticket,the $2,000 and change receipt,and a breakfast reciept,when i told jed silverman,kirkwood,klevenhagen, c.ribbeck,and saenz,had any attorney investigated,BOYD RACING,L.L.C.IN VINTON,LA,THEY WOULD HAVE SAW,loften was not in the STATE OF TEXAS ON APRIL 18,2012 AT 8:30PM,THEREFORE,THE LIBERTY POLICE LIED,to get probable cause april 18,2012 at 8:30pm

3 of 4

when cain signed the fabricated affidavit for search and arrest
warrant by liberty police fairchild,
Loften been in VINTON,LA70668 SINCE 7PM ON april 18,2012,the same black
chevrolet tahoe listed in the fabricated affidavit by fairchild in
pargraph#6 was valet parked by employees of boyd racing,L.L.C.IN VINTON,
LA,IT TAKES TWO HOURS TO DRIVE TO VINTON,LA,THE TAHOE LP#N298939 WAS
valet parked in vinton,la in the 7pm hour,video camera footage prove that.
   BUT THEN the police claim,they used a informant,see pargraph#5,loften
was at the casino,in Vinton,la 70668 Delta Downs Racetrack & Casino,from
7pm intil after 5am ,now april 19,2012,therefore,the ci,informant in
paragraph#5 is a fictitious person,but when you go to paragraph#4,the
informant is ARTHUR LEE LOFTEN,but loften was in VINTON,LA ON APRIL 18,
2012,SINCE 7PM,SO,THAT IS WHY THE STATE  OFTEXAS,officers,in conspiracy,
with my trial attorneys,set the trial off 19 month,the affidavit is
devoid of any information,told to the liberty police on any date,
   THE STATE BAR,DENIED THE GRIEVANCES,REFUSING TO GO GO GET THE VIDEO
CAMERA FOOTAGE FOR APRIL 18-19,2012 AS conspiracy,with the district ans
appeals court at beaumont,tx,all my attorney's was ineffective for
failing to request dispatcher's communication logs from the 911 callers
joe warren claim was calling that i was selling drugs at 2412 grand,they
knew that was all lies,hearsay,i have a right to impeach and cross-examine
all witnesses,the warrants arrest warrants hid,loften denied all chain
of custody evidence for states evidence #38,#46,#47,46 taken inside
ames,tx,by two officer who lied and said,they did not search the truck
on cormier st,ames,tx,but 46 taken in ames,tx,47 taken,after truck towed
back to 2412 grand ave,liberty,tx,chain of custody broken,who moved it
to take#47 picture,who drove the truck from the side of the road,to
the drive way,evidence fabricated,tampered with.

<u>verification</u>

 I,James Eric Loften,am the applicant in the above grievance onK.W,
MORGAN,WHO IS IN A CONSPIRACY WITH EACH R.Uribe andS.M.Beckage,state
bar attorney's  dismissed 8 differnt attorney grievances,because i am
black and part of the ongoing conspiracy,by the STATE OF TEXAS,through
officers,attorneys,judges,prosecuting attorney's,who have depriveme
of my liberty,and over$ 37,000 dollars with fabricated cherges,in
violation of 42u.s.c.§§§ 1981-1982,1985(2)(3),1986,through 18 u.s.c.§
1961-1964(RICO),STATE BAR REFUSE to cite the attorneys,conceal what
they did,violating my1st,4th,5th,6th,9th,14th u.s.const.the statebar
refuse to request video camera footage of april 18-19,2012,from CASINO
AT:BOYD Racing,L.L.C.                        James Eric Loften 12/18/2014 Red INK

file/cc                    4 of4

## VI. ATTORNEY-CLIENT PRIVILEGE WAIVER

I hereby expressly waive any attorney-client privilege as to the attorney, the subject of this grievance, and authorize such attorney to reveal any information in the professional relationship to the Office of Chief Disciplinary Counsel of the State Bar of Texas.

I understand that the Office of Chief Disciplinary Counsel maintains as confidential the processing of Grievances.

Signature: JAMES ERIC LOFTEN                Date: DEC 17, 2014

TO ENSURE PROMPT ATTENTION, THE GRIEVANCE SHOULD BE MAILED TO:

THE OFFICE OF CHIEF DISCIPLINARY COUNSEL
P.O. Box 13287
Austin, Texas 78711

LOFTEN, request that the trial record in cr 29858 be attached,
loften request the state bar request/the court of criminal appeals
request the video camera footage from BOYD RACING,L.L.C.DELTA

DOWNS RACETRACK <CASINO 2717 HIGHWAY 3063 VINTON,LA VIDEO CAMERA
FOOTAGE FROM APRIL 18,2012 7PM UP TO APRIL 19,2012 5:30AM FOOTAGE
BE REQUESTED BY THE COURT,AND ATTACHED,LOFTEN FURTHER CERTIFY,THAT
THE grievance is true and correct,under penalty of perjury,with each
4 attached pages,loften requsst the court make the state of texas
produce the fabricated tape of the control buy,fairchild told the
jury 11/21/2013 at trial incr29858 he claim he had,loften was not in
THE STATE OF TEXAS APRIL 18,2012 AT 8:30 PM,AND IN VINTON,LA AT THE
CASINO SINCE 7PM APRIL 18,2012,SO THAT WAS A LIE FOR THE JURY
$28 U.S.C.§1746

file:cc dec 17,2014 am
mailed u.s.mail DEC 18,2014 AM

address to:supreme court 201 west 14th st,rm106 austin,tx78701